IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Civil No. – JFM-16-1262 |
| | * | Criminal No. JFM-96-0289 |
| | * | |
| JOSEPH PENNIX | * | |

******

MEMORANDUM

Joseph Pennix has filed a motion under 28 U.S.C. §2255. The motion will be denied.

Pennix claims that he is entitled to relief under *Johnson v. United States*, 135 S.Ct. 2551 (2015). He is not. In *Beckles v. United States*, 137 S.Ct. 886 (2017), the Supreme Court held that the Sentencing Guidelines are not subject to a vagueness challenge under the Due Process Clause.

A separate order effecting the ruling in this memorandum is being entered herewith.

Date: _July 24, 2017_          _/s/_
                               J. Frederick Motz
                               United States District Judge